```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.     Criminal Case No. 12-50081-001

ENRIQUE TORRES-TORRES                                       DEFENDANT

<u>**O R D E R**</u>

Now on this 27th day of December, 2012, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #14), to which all parties have waived objection, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendant's guilty plea is accepted, and the written plea agreement is tentatively approved, subject to final approval at sentencing.

**IT IS SO ORDERED.**

```
                        /s/ Jimm Larry Hendren
                        JIMM LARRY HENDREN
                        UNITED STATES DISTRICT JUDGE
```